**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| CONCORD ENERGY LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CASE NO. 4:21-CV-00328 |
| HELLERVIK OILFIELD | § | |
| TECHNOLOGIES, LLC, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES

Plaintiff Concord Energy LLC ("Concord") hereby files this Disclosure of Interested

Parties and states as follows:

Concord is wholly owned by Concord Energy Holdings LLC. Concord Energy Holdings

LLC is a privately held entity and has no parent corporation. No public company owns any

interests in Concord. For Concord, no other person, associations of persons, firms, partnerships,

corporations, affiliates, parent corporations, or other entities are financially interested in the

outcome of this litigation. *See* Exhibit A, Declaration of Stephen Tsai in Support of Plaintiff

Concord Energy LLC's Disclosure of Interested Parties.

Dated: May 14, 2021

DAVIS GRAHAM & STUBBS LLP

_/s/ Mark Champoux_

Mark Champoux (Pro Hac Vice)
CO Bar No. 40480
Kyler K. Burgi, Attorney in Charge
S.D. Tex. Bar No. 3542748
Philip D. Nickerson
S.D. Tex Bar No. 3633282
1550 17th Street, Suite 500
Denver, CO 80202
Telephone: 303-892-9400
Facsimile: 303-893-1379
Email: kyler.burgi@dgslaw.com
        mark.champoux@dgslaw.com
        philip.nickerson@dgslaw.com

_Attorneys for Plaintiff Concord Energy LLC_

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2021, a true and correct copy of the above was filed and served via email through the Southern District of Texas's CM/ECF Notice of Electronic Filing System.

*s/ Mark Champoux*