IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **CONCORD ENERGY LLC,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | **CASE NO: 4:21-cv-00328** |
| **HELLERVIK OILFIELD** § | |
| **TECHNOLOGIES LLC**, § | |
| § | |
| Defendant. § | |
| § | |

**PROPOSED ORDER RE: JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE AND REPLY TO MOTION FOR SUMMARY JUDGMENT**

The Court GRANTS the Parties' Joint Motion for Extension of Time to File Response and Reply to Motion for Summary Judgment ("Joint Motion"), and ORDERS as follows:

1. Concord's Response to Hellervik's Partial Motion for Summary Judgment is due on or before December 22, 2021; and

2. Hellervik's Reply to Concord's Response to Hellervik's Partial Motion for Summary Judgment is due on or before January 7, 2022.

SIGNED this _____ day of _____, 2021.

_____
HON. LEE H. ROSENTHAL
CHIEF UNITED STATES DISTRICT JUDGE